MIE AO 83 (Rev. 06/18) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

FILED USDC - CLRK DET
2023 JUL 14 PM12:43

United States of America
v.

DYER, Donald A.
*Defendant*

Case No. 22-CR-20342-01

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED to appear before the United States District Court located at Theodore Levin United States Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan 48226-2799, in Duty Court, at 1:00 p.m., as instructed by the probation officer, to answer to one or more offenses or violations based on the following document filed with the Court:**

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

This offense is briefly described as follows:
Continued drug use.

Date: July 13, 2023

s/ Lisa C. Bartlett - Case Manager
*Issuing officer's signature*

Nancy G. Edmunds, United States District Judge
*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons ☐ Returned this summons unexecuted

Date: July 14, 2023

[signature]
*Server's signature*

*Printed name and title*
James W. Docherty
United States Probation Officer.